UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COALINGA STATE HOSPITAL,<br><br>    Defendant. | Case No. 21-cv-04552-HSG<br><br>**ORDER OF DISMISSAL** |

On or about June 14, 2021, Plaintiff filed this *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he had not submitted an *in forma pauperis* application or paid the filing fee. Dkt. No. 3. The Court provided Plaintiff with a blank *in forma pauperis* application and a postage-paid return envelope. Dkt. No. 3. Plaintiff was instructed to respond within twenty-eight days of the date of the order. *Id.* The deadline has passed, and Plaintiff has not submitted the required documents. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must contain either the full filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: 7/27/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge